

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00626-CV

_____

RANDY LEE DAVENPORT, Appellant

V.

AMIE DAVENPORT, Appellee

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-774571-25

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Randy Lee Davenport attempts to appeal from a protective order. On November 21, 2025, we notified Appellant by email and by regular mail of our concern that we may not have jurisdiction over this appeal from the trial court's "Protective Order" signed October 28, 2025, because it does not appear to be a final judgment or an appealable interlocutory order. *See* Tex. Fam. Code Ann. § 81.009(b) ("A protective order rendered against a party in a suit for dissolution of a marriage may not be appealed until the time the final decree of dissolution of the marriage becomes a final, appealable order."). We stated that unless Appellant or any party desiring to continue the appeal filed with this court, on or before December 1, 2025, a response showing grounds for continuing the appeal, this appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We received no response.

This court's appellate jurisdiction is generally limited to review of (1) final judgments that dispose of all parties and all claims and (2) certain interlocutory orders made appealable by statute. *See, e.g.*, *CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011). The protective order does not dispose of all parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Moreover, Appellant has not otherwise shown that the challenged protective order is appealable. Thus, we lack jurisdiction over this appeal.

Accordingly, we dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Belmont v. Belmont*, No. 02-25-00388-CV, 2025 WL 2492351, at *1 (Tex. App.—Fort Worth Aug. 29, 2025, no pet.) (per curiam) (mem. op.).

Per Curiam

Delivered: January 8, 2026